

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,489-01

**EX PARTE G'COBRA SMITH, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1449083-A IN THE 337TH DISTRICT COURT
### FROM HARRIS COUNTY

**MEYERS, J., delivered the opinion of the Court in which JOHNSON, ALCALA, RICHARDSON, and NEWELL, JJ., joined. KEASLER, J., filed a dissenting opinion in which KELLER, P.J., and HERVEY and YEARY, JJ., joined.**

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was charged with possession of a controlled substance in Penalty Group 4, in a quantity which would have made the offense a third degree felony. He entered a plea of guilty to the lesser offense of attempted possession of a controlled substance in exchange for a 180-day state jail felony sentence. He did not appeal his conviction.

After Applicant entered his plea, the items he possessed were tested and were determined to not contain any controlled substance. Applicant contends that his plea was not knowingly and voluntarily entered because he was not aware of the relevant facts and would not have pled guilty to the lesser charge had he known the evidence did not support the greater charge.

The parties have entered agreed findings of fact and conclusions of law, which the trial court has adopted. The trial court has determined that Applicant's decision to plead guilty in this case was not a voluntary and intelligent choice. Applicant is entitled to relief. *Ex parte Mable*, 443 S.W.3d 129 (Tex. Crim. App. 2014).

Relief is granted. The judgment in Cause No. 1449083-A in the 337th District Court of Harris County is set aside, and Applicant is remanded to the custody of the Sheriff of Harris County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Meyers, J.

Delivered: March 2, 2016

Do not publish.